

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00084-CV

CITY OF HALTOM CITY, TEXAS, Appellant

§ On Appeal from the 141st District Court

§ of Tarrant County (141-304403-18)

V.

§ February 25, 2021

NICKOLAS FORREST, Appellee

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that the City of Haltom City, Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell